UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

filed in
open court
7/2/04
CBR

UNITED STATES

v.                                          04-1809-CBS

JASON MATHEWS

## MOTION TO WITHDRAW

Elliot M. Weinstein, moves to withdraw as counsel for defendant Jason Mathews

*Elliot M. Weinstein*
BBO # 520400
228 Lewis Wharf
Boston, MA 02110
617. 367. 9334

7/2/04

7-2-04
allowed