AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

V.

JASON MATTHEWS

**WARRANT FOR ARREST**

CASE NUMBER: 04-1809-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jason Matthews _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and distribution of, oxycodone, a Schedule II controlled substance

in violation of
Title _____21_____ United States Code, Section(s) _846 and 841(a)(1)_

_____         U S Magistrate Judge
Name of Issuing Officer                  Title of Issuing Officer

_____         06-29-2004    Boston, MA
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON _7/1/04_

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jason Matthews

ALIAS:

LAST KNOWN RESIDENCE: 57 Prospect Street, Apt. 1, Gloucester, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Gloucester, MA

DATE OF BIRTH (4 digit year): 00-00-1980

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 4102

HEIGHT: 5'8"    WEIGHT: 190

SEX: M    RACE: W

HAIR: Brown    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 667929HB6

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Administration

15 New Sudbury Street

Boston, MA