UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.
                                      04-1809-CBS
JASON MATTHEWS
57 Prospect Street
Gloucester, MA 01930

_____
YOU ARE HEREBY SUMMONED to appear before the U.S. Magistrate Judge at the time, date and place set forth below for an **Initial Appearance.**
PLACE:
  U.S. DISTRICT COURT            **COURTROOM #1, 5th FLOOR**
  **595 Main Street**            DATE AND TIME:
  **WORCESTER**, MA 01608        **September 20, at 2:30 p.m.**
_____
                          for:


**REVOCATION OF SUPERVISED RELEASE HEARING**


_____


**TO THE DEFENDANT:** You should appear with **your attorney** at the time and place given above. Failure to appear will result in the issuance of a warrant for your arrest.


                              CHARLES B. SWARTWOOD, III,
                              MAGISTRATE JUDGE

Dated: September 8, 2004      /S/ Lisa B. Roland
                              Lisa B. Roland
                              Deputy Clerk
                              (508) 929-9905


 **YOU MUST HAVE 2 FORMS OF ID TO ENTER THE BUILDING.**