kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

10.  The defendant JARED KNOWLTON is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

13.  The defendant JAMES GARDNER is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
9/22/04
@ 12:25 pm

-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

04 CR 1 0288 SNG

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | 04-MJ-01809-CBS |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Espinola, Carlos                    Juvenile  [ ] Yes  [X] No

**Alias Name** _____

**Address** 63 Endicott Street, Peabody, Massachusetts

**Birth date (Year only):** 1977  **SSN (last 4 #):** 3506  **Sex** M  **Race:** W          **Nationality:** _____

**Defense Counsel if known:** Bradford E. Keene          **Address:** 220 Broadway, Suite 402
                                                                       Lynnfield, MA 01940

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:** [ ] Yes  [X] No          **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes  [X] No

          [ ] **Warrant Requested**          [ ] **Regular Process**          [X] **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

[X] **Already in Federal Custody as** of 06/30/04          in Boston, MA          .
[ ] **Already in State Custody** _____  [ ] **Serving Sentence**  [ ] **Awaiting Trial**
[ ] **On Pretrial Release:  Ordered by** _____  **on** _____

**Charging Document:**  [ ] **Complaint**          [ ] **Information**          [X] **Indictment**

**Total # of Counts:**  [ ] **Petty** _____  [ ] **Misdemeanor** _____  [X] **Felony** 1

Continue on Page 2 for Entry of U.S.C. Citations

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      Espinola, Carlos _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet** 04 CR 1 0 2 8 8 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** <u>Peabody</u>    **Category No.** <u>II</u>    **Investigating Agency** <u>DEA</u>

**City** <u>Peabody</u>    **Related Case Information:**

**County** <u>Essex</u>

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    <u>04-MJ-01809-CBS</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** <u>Jose F. Melo</u>    Juvenile ☐ Yes ☒ No

**Alias Name** <u>Jose Mello</u>

**Address** <u>20 Tracey Street, Apt. 1, Peabody, MA</u>

**Birth date (Year only):** <u>1976</u> **SSN (last 4 #):** <u>3506</u> **Sex** <u>M</u> **Race:** <u>W</u>    **Nationality:** _____

**Defense Counsel if known:** <u>Stephen Neyman</u>    **Address:** <u>160 State Street, 8th Floor</u>
<u>Boston, MA  01209</u>

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** <u>David G. Tobin</u>    **Bar Number if applicable** <u>552558</u>

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** <u>06/30/04</u>

☒ **Already in Federal Custody as** <u>of 06/30/04</u>    in <u>Boston, MA</u>
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:** ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony** <u>3</u>

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** <u>09/22/04</u>    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    Jose F. Melo _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3   21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4   21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/03)

## Criminal Case Cover Sheet                          U.S. District Court - District of Massachusetts

**Place of Offense:** _Gloucester_          **Category No.** _II_          **Investigating Agency** _DEA_

**City** _Gloucester_                    **Related Case Information:**

**County** _Essex_                       Superseding Ind./ Inf. _____    Case No. _____
                                         Same Defendant _____    New Defendant _____
                                         Magistrate Judge Case Number _04-MJ-01809-CBS_
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

## Defendant Information:

Defendant Name   _Joseph Baldassano_                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address    _220 Washington Street, Gloucester, MA_

Birth date (Year only): _1981_ SSN (last 4 #): _9858_ Sex _M_ Race: _W_     Nationality: _____

**Defense Counsel if known:**    _Elliot M. Weinstein_          **Address:** _228 Lewis Wharf_
                                                                          _Boston, MA  02110_
**Bar Number:** _____

## U.S. Attorney Information:

AUSA   _David G. Tobin_                    **Bar Number if applicable** _552558_

**Interpreter:**     ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**     ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:**    _06/30/04_

☒ **Already in Federal Custody as**   _of 06/30/04_          in   _Boston, MA_          .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**     ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   _4_

### Continue on Page 2 for Entry of U.S.C. Citations

☐       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:** _09/22/04_                    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Joseph Baldassano _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**   04 CR 1028 8 UNS   U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester   **Category No.** II   **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Matthew Cream   Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 16 Harrison Avenue, Gloucester, MA

**Birth date (Year only):** 1981 **SSN (last 4 #):** 7776 **Sex** M **Race:** W **Nationality:** _____

**Defense Counsel if known:** Bruce G. Linson   **Address:** 220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin   **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**   ☒ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: **Ordered by** CBS **on** 07/23/04

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1 0288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number 04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jason Matthews    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   57 Prospect Street, Apt. 1, Gloucester, MA

Birth date (Year only): 1980  SSN (last 4 #): 4102  Sex M  Race: W    Nationality: _____

**Defense Counsel if known:**   Richard M. Welsh    **Address:** 80 Worcester Street, Suite 5
North Grafton, MA 01536

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:**  ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by CBS    on 07/12/04

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  _Jason Matthews_ _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__    Category No. __II__    Investigating Agency __DEA__

City __Gloucester__        Related Case Information:

County __Essex__        Superseding Ind./ Inf. _____    Case No. _____
                        Same Defendant _____    New Defendant _____
                        Magistrate Judge Case Number    __04-MJ-01809-CBS__
                        Search Warrant Case Number _____
                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Allen__        Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __8 Reservoir Road, Gloucester, MA__

Birth date (Year only): __1978__  SSN (last 4 #): __2491__  Sex __M__  Race: __W__    Nationality: _____

**Defense Counsel if known:** __James L. Sultan__        Address: __1 Commercial Wharf North__
                                                              __Boston, MA  02110__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__        Bar Number if applicable __552558__

**Interpreter:** ☐ Yes  ☒ No        List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  ☒ No

    ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____    in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __RWZ__    on __08/09/04__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04        **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Joseph Allen _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

**JS 45** (5/97) - (Revised USAO MA 1/19/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Gloucester__   **Category No.** __II__   **Investigating Agency** __DEA__

**City** __Gloucester__          **Related Case Information:**

**County** __Essex__        Superseding Ind./ Inf. _____   Case No. _____
                            Same Defendant _____   New Defendant _____
                            Magistrate Judge Case Number   __04-MJ-01809-CBS__
                            Search Warrant Case Number   _____
                            R 20/R 40 from District of   _____

**Defendant Information:**

**Defendant Name** __Keith Behsman__          Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** __40 Sarah Avenue, Lowell, Massachusetts__

**Birth date (Year only):** __1978__  **SSN (last 4 #):** __4464__  **Sex** __M__  **Race:** __B__   **Nationality:** _____

**Defense Counsel if known:** __Michael C. Bourbeau__    **Address:** __21 Union Street__
                                                                      __Boston, MA  02108__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __David G. Tobin__        **Bar Number if applicable** __552558__

**Interpreter:**   ☐ Yes  ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

          ☐ Warrant Requested       ☐ Regular Process       ☒ In Custody

**Location Status:**

**Arrest Date:** __06/30/04__

☒ **Already in Federal Custody as** __of 06/30/04__      in   __Boston, MA__ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____  **on** _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   __9__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Keith Behsman _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10 | 21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City**  Peabody                        **Related Case Information:**

**County**  Essex                         Superseding Ind./ Inf. _____  Case No. _____
                                         Same Defendant _____  New Defendant _____
                                         Magistrate Judge Case Number   04-MJ-01809-CBS
                                         Search Warrant Case Number _____
                                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jonathan Mitchell                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   5 Exchange Street, Gloucester, MA

Birth date (Year only):  1979  SSN (last 4 #):  7923  Sex  M  Race:  W          Nationality: _____

**Defense Counsel if known:**   Edward J. O'Reilly          **Address:**  46 Middle Street, 2nd Floor
                                                                          Gloucester, MA  01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                    **Bar Number if applicable**  552558

**Interpreter:**    ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**    06/30/04

☐ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by**  CBS          **on**  07/02/04

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:**  09/22/04              **Signature of AUSA:**

%JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/99)

**04 CR 1 0 2 8 8 NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester                  **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____    Case No. _____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number    04-MJ-01809-CBS
                                    Search Warrant Case Number    _____
                                    R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   James R. Gardner                     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address    14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only): 1978   SSN (last 4 #): 7752   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:**   Theodore W. Beauparlant   **Address:** 166 Kenoza Avenue
                                                        Haverhill, MA  01830

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin                  **Bar Number if applicable** 552558

**Interpreter:**   ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**    06/30/04

☐ **Already in Federal Custody as** _____ **in** _____ .

☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**

☒ **On Pretrial Release:**   **Ordered by** CBS          **on** 07/02/04

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    James R. Gardner _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

**Criminal Case Cover Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester     **Category No.** II     **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Philip R. Albert, Jr.     Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    10 Babson Street, Gloucester, MA

Birth date (Year only):    1977    SSN (last 4 #):    8899    Sex  M    Race:    W    Nationality: _____

**Defense Counsel if known:**    John Andrews & Marc Salinas    **Address:**  70 Washington Street, Suite 211
                                                                   Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**    David G. Tobin     **Bar Number if applicable**  552558

**Interpreter:**    ☐ Yes  ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

         ☐ **Warrant Requested**     ☒ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:**    06/30/04

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    **Ordered by**  CBS    **on**  07/02/04

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**    09/22/04     **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Philip R. Albert, Jr. _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3  21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

℗JS 45 (5/97) - (Revised USAO MA 3/25/97)    **04 CR 10288 NG**

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody _____    **Category No.** II _____    **Investigating Agency** DEA _____

**City** Peabody _____

**County** Essex _____

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Jared Knowlton _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    11 Tolman Avenue, Gloucester, MA _____

Birth date (Year only): 1974    SSN (last 4 #): 1719    Sex M    Race: _____    Nationality: _____

**Defense Counsel if known:**    Michael F. Natola _____    **Address:** 240 Commercial Street, Suite 2B
                                                                                                    Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin _____    **Bar Number if applicable** 552558 _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04 _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by CBS _____    on    07/02/04 _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    2 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jared Knowlton _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3  21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**%JS 45 (5/97) - (Revised USAO MA 5/15/01)**

<u>Criminal Case Cover Sheet</u>      <u>U.S. District Court - District of Massachusetts</u>

**Place of Offense:** <u>Gloucester</u>    **Category No.** <u>II</u>    **Investigating Agency** <u>DEA</u>

**City** <u>Gloucester</u>      **Related Case Information:**

**County** <u>Essex</u>

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number <u>04-MJ-01809-CBS</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Archibald MacLeod</u>    Juvenile ☐ Yes ☐ No

Alias Name _____

Address <u>124-Rear Centennial Avenue, Gloucester, MA</u>

Birth date (Year only): _____ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** <u>Roger Witkin</u>    **Address:** <u>6 Beacon Street, Suite 1010</u>
<u>Boston, MA 02108</u>

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** <u>David G. Tobin</u>    **Bar Number if applicable** <u>552558</u>

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

   ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** <u>07/12/04</u>

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by <u>CBS</u> on <u>07/12/04</u>

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony <u>5</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Archibald MacLeod _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

04 CR 10382 NG

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: Gloucester          Category No. 2          Investigating Agency DEA

City  Gloucester                          Related Case Information:

County  Essex                             Superseding Ind./ Inf. _____  Case No. _____
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number  04-MJ-01809-CBS
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Giuseppe S. Torrente                Juvenile  ☐ Yes  ☒ No

Alias Name  Joseph Torrente

Address  9 Fleetwood Drive, Gloucester, MA

Birth date (Year only): 1980  SSN (last 4 #): 9986  Sex M Race: W          Nationality: _____

**Defense Counsel if known:**  Stephen D. Judge          Address:  23 Central Avenue #605
                                                                   Lynn, MA  01901
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  David G. Tobin                      Bar Number if applicable  552558

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

          ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** 07/15/04

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  CBS          on  07/15/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Giuseppe S. Torrente _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Torrente JS45.wpd - 1/15/04 (USAO-MA)