UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of Essex County Correctional Facility, 20 Manning Avenue, Middleton, MA

YOU ARE COMMANDED to have the body of ___Jason Matthews___ now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. _1_ ___, on the 5TH floor, Worcester, Massachusetts on ___Ocotober 4, 2004___, at _10:00_ A. M. for the purpose of ___Arraignment, Revocation Hearing___

in the case of     UNITED STATES OF AMERICA V.  ___Jason Matthews___

CR Number          ___04-10288-NG___

And you are to retain the body of said ___Jason Matthews___ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ___Jason Matthews___ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 28th day of ___September___, 2004.


_Charles B. Swartwood, III_
UNITED STATES MAGISTRATE JUDGE

                                      TONY ANASTAS, CLERK

                                      By: _/s/ Lisa B. Roland_
                 SEAL                Lisa B. Roland (508)929-9905
                                      Deputy Clerk

(Habcorp.wrt - 10/96)                                            [kwhcap.] or
                                                                           [kwhcat.]