AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JASON MATTHEWS | Case Number:  04-10288-NG |

| PRESIDING JUDGE  SWARTWOOD | PLAINTIFF'S ATTORNEY  TOBIN | DEFENDANT'S ATTORNEY  WELSH |
|---|---|---|
| TRIAL DATE (S)  10/4/2004 | COURT REPORTER  10:48 a | COURTROOM DEPUTY  Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 10/4/04 | | | David Picozzi |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 10/4/04 | X | X | Notice of Probation Violation |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages