UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# WRIT OF HABEAS CORPUS

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: The Superintendent of Essex County Correctional Facility, 20 Manning Avenue, Middleton, MA

YOU ARE COMMANDED to have the body of  Jason Matthews  now in your custody, before the United States District Court for the District of Massachusetts, Harold D. Donohue Post Office and Courthouse Building, Courtroom No. 1 , on the 5TH floor, Worcester, Massachusetts on  Ocotober 7, 2004 , at  10:45  A. M. for the purpose of  Revocation Hearing

in the case of    UNITED STATES OF AMERICA V.  Jason Matthews

CR Number    04-10288-NG

And you are to retain the body of said  Jason Matthews  while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  Jason Matthews  to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 5th  day of  October , 2004.


 Charles B. Swartwood, III
UNITED STATES MAGISTRATE JUDGE

                                        TONY ANASTAS, CLERK

                                        By: /s/ Lisa B. Roland
              SEAL                      Lisa B. Roland (508)929-9905
                                        Deputy Clerk

(Habcorp.wrt - 10/96)                            [kwhcap.] or
                                                 [kwhcat.]