UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

United States of America       )
                               )
       vs                      )    Docket No. 04-10288-NG
                               )
Jason Matthews, Defendant      )

## DEFENDANT'S MOTION FOR COPY OF TRANSCRIPT

The defendant, who has been determined to be indigent, respectfully moves that his counsel be provided with a copy of the transcript of the consolidated probable cause/ detention hearing, held before the Court on July 12, 2004.

Counsel for the defendant submits that such a transcript is needed, in order to prepare for a trial or other disposition of this case.

By his Attorney,

_____
Richard M. Welsh
80 Worcester Street
No. Grafton, MA 01536
Tel: 508-839-7713
BBO #522660

### Certificate of Service

This will certify that I served a copy of the within motion on the United States Attorney's Office by mailing a copy hereof, on October 21, 2004, postage prepaid, to A.U.S.A. David Tobin, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Richard M. Welsh
Attorney for the Defendant