UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America )<br>)<br>vs )<br>)<br>Jason Matthews, Defendant ) | Docket No. 04-10288-NG |

### DEFENDANT'S MOTION FOR AUTHORIZATION OF FUNDS TO SECURE COPIES OF AUDIO AND VIDEO RECORDINGS

The Government has advised counsel for the defendant, by way of discovery, that there are audio and video recordings, potentially involving the defendant, Jason Matthews, which the Government may use as evidence at his trial. Copies of these recordings are available from the Duplicating Center, 42 Chauncey Street, Boston, Massachusetts.

Counsel for the defendant has consulted with the Duplicating Center and has been advised that the fee for providing the copies of the recordings, which may relate to this defendant, is $151.73.

Wherefore, the defendant moves that the Court authorize funds, in the sum of $151.73.00, or such other amount as the Court may deed appropriate, to enable him to secure copies of such recordings from the Duplicating Center.

Richard M. Welsh
Attorney for the Defendant
80 Worcester Street
North Grafton, MA 01536
Tel: (508) 839-7713
BBO #522660