UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America )<br>)<br>vs )<br>)<br>Jason Matthews, Defendant ) | Docket No. 04-10288-RWZ |

## MOTION OF DEFENDANT, JASON MATTHEWS, FOR LEAVE TO JOIN IN MOTIONS OF CODEFENDANTS

The defendant, Jason Matthews, moves that he be given leave to join in the below-listed motions of codefendants:

(1) Motion of codefendant, Archibald MacLeod, Jr., to Strike Surplusage from the Indictment, filed on or about February 7, 2005.

(2) Joint Motion of codefendants, Joseph Allen, Philip Albert, Jr., Carlos Espinola, James Gardner and Jared Knowlton, for Discovery, filed on or about April 12, 2005.

By his Attorney,

_____
Richard M. Welsh
80 Worcester Street
No. Grafton, MA 01536
Tel: 508-839-7713
BBO #522660

Certificate of Service

This will certify that I served a copy of the within motion on the United States Attorney's Office by mailing a copy hereof, on April 18, 2005, postage prepaid, to A.U.S.A. David Tobin, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Richard M. Welsh
Attorney for the Defendant