UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

United States of America   )
                           )
         vs                )     Docket No. 04-10288-RWZ
                           )
Jason Matthews, Defendant  )

### ASSENTED TO MOTION TO AMEND JUDGMENT

The defendant moves that the "Judgment in a Criminal Case", imposed in this criminal action on May 9, 2006 and entered on May 11, 2006, be amended, so as to show the defendant's name as **Jason Mathews**, and not Jason Matthews.

As noted in the Presentence Report, the defendant's true name is "**Jason Mathews**".

The difference in the spelling of the defendant's surname has caused problems in the past. For example, on one occasion defense counsel made a futile trip to the Essex County House of Correction, in Middleton, Massachusetts, to see "Jason Matthews", and was told that he was not there, (*i.e.* the House of Correction listed him under his true name of Jason Mathews.)

The Bureau of Prisons has now advised both defendant's family and defense counsel that the defendant is being held under the name of "Jason Matthews" and that the name cannot be changed to **Jason Mathews**, on the Bureau's records, unless the Judgment is changed to show that corrected name. This means that any mail or packages sent to the defendant, under his true name, by family or friends, will not reach him.

      A.U.S.A. David Tobin has advised defense counsel that the Government has no objection to the within motion.

                  By his Attorney

                  <u>/s/ *Richard M. Welsh*</u>
                  Richard M. Welsh
                  Attorney for Jason Mathews
                  80 Worcester Street
                  No. Grafton, MA 01536
                  Tel:  508-839-7713
                  June 6, 2006