◆AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 DEC -8 P 2: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

JASON MATTHEWS

## WARRANT FOR ARREST

Case   04-10288-RWZ

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 NOV 10 P 5: 10

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JASON MATTHEWS
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☒ Violation  ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of conditions of pretrial release.

RECEIVED
U.S. MARSHAL SVC
Nov 8 10 57 AM '04
WORCESTER MASS

in violation of _____18_____ United States Code, Section(s) __3583__

Lisa B. Roland
Name of Issuing Officer

/s/ Lisa B. Roland
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 5, 2004 at Worcester, MA
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 10/7/04    USMS Worcester

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |